FILED '09 NOV 12 11:32 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CARL L. WILSON,                          )
                                         )
            Plaintiff,                   ) Civil No. 08-6144-HO
                                         )
      v.                                 ) ORDER
                                         )
SENECA SAWMILL COMPANY, an Oregon )
corporation, and KEN ALBERTS,            )
                                         )
            Defendant.                   )
_____)

     The parties both move for summary judgment; defendants move

for summary judgment on all plaintiff's claims (#47) while

plaintiff moves for partial summary judgment (#56).  Both

parties have submitted extensive briefing on both motions from

which it is readily apparent that there are many material issues

still in dispute.  Given the parties disagreement regarding most

1 - ORDER

of the material facts in this case, granting summary judgment for either party at this juncture would be inappropriate.  These factual disputes will be more appropriately decided by the trier of fact.

I note that the parties have not yet explored the possibility of settlement in this matter.  Magistrate Judge Coffin has indicated his willingness to assist the parties in a settlement conference.  Should the parties wish to avail themselves of his offer, they should contact Magistrate Judge Coffin's chambers to schedule a settlement conference.

For the reasons stated above, defendants' Motion for Summary Judgment (#47) is DENIED.  Similarly, plaintiff's Motion for Partial Summary Judgment (#56) is DENIED.

IT IS SO ORDERED
DATED this ____ day of November 2009.


Michael R. Hogan
UNITED STATES DISTRICT JUDGE

2 - ORDER